LAED 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jeffrey L. Anderson | ) Case No: 00-259 |
| | ) USM No: |
| Date of Previous Judgment: 04/11/2001 | ) Virginia Schlueter |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 128 months **is reduced to** 120 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 120* to 135 months | Amended Guideline Range: | 120* months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):

*Defendant's offense of conviction, possession with intent to distribute at least 50 grams of cocaine base in violation of 21 U.S.C. section 841(a)(1), carries a mandatory minimum sentence of 10 years (120 months) imprisonment. Accordingly, defendant's amended guideline range is restricted to 120 months.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 04/11/2001 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 03/17/2008

*Sarah Vance*
Judge's signature

Effective Date: 03/31/2008
(if different from order date)

Sarah S. Vance, United States District Judge
Printed name and title